**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.**   I | **Investigating Agency**   FBI |

**City**    Lynn MA and Saugus MA      **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf.   X     Case No.   21-cr-10158-MLW
Same Defendant   X     New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Alessandro Felix Fonseca      Juvenile:    ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ☑ No

Alias Name

Address    (City & State)   Revere, MA

Birth date (Yr only): 1995   SSN (last4#):    Sex M    Race: White    Nationality: Brazilian

**Defense Counsel if known:**      Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb      Bar Number if applicable   697412

**Interpreter:**    ☑ Yes   ☐ No      List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes   ☐ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

   ☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date**    05/07/2021

☑ Already in Federal Custody as of    05/07/2021    in      .
☐ Already in State Custody at      ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:      on

**Charging Document:**    ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/13/2021      Signature of AUSA:    /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Alessandro Felix Fonseca _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 15 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,
21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** | FBI |

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
Same Defendant   X          New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   Altacyr Dias Guimaraes Neto          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name**

**Address**   (City & State)   Kissimmee, FL

**Birth date (Yr only):** 1986   **SSN (last4#):**_____   **Sex** M   **Race:** White   **Nationality:** Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes   ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/07/2021

☑ Already in Federal Custody as of   05/07/2021   in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021          Signature of AUSA:   /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Altacyr Dias Guimaraes Neto _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 11 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196 _____

JS 45  (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | | | | |
|---|---|---|---|---|---|
| **Place of Offense:** | | **Category No.** I | | **Investigating Agency** | FBI |

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
Same Defendant   X          New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Bruno Peixoto Colaco Ramos          Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name

Address   (City & State)   Burlington, MA

Birth date (Yr only):   1990   SSN (last4#):_____   Sex M   Race:   White   Nationality:   Brazilian

**Defense Counsel if known:**                    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes   ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021   ⊞   Signature of AUSA:   */s/ David M. Holcomb*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):        21-cr-10158-MLW

**Name of Defendant**       Bruno Peixoto Colaco Ramos

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 8 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**        20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

| Place of Offense: | Category No. __I__ | Investigating Agency __FBI__ |
|---|---|---|

**City** __Lynn MA and Saugus MA__          **Related Case Information:**

**County** __Essex__

| | | |
|---|---|---|
| Superseding Ind./ Inf. __X__ | Case No. | __21-cr-10158-MLW__ |
| Same Defendant __X__ | New Defendant | |
| Magistrate Judge Case Number | __21-5202-JGD__ | |
| Search Warrant Case Number | __See 2nd Page__ | |
| R 20/R 40 from District of | | |

**Defendant Information:**

Defendant Name __Bruno Proencio Abreu__          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name

Address          __(City & State)__ Saugus, MA

Birth date (Yr only): __1992__  SSN (last4#): _____  Sex __M__     Race: __White__     Nationality: __Brazilian__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __David M. Holcomb__          Bar Number if applicable __697412__

**Interpreter:**  ☑ Yes  ☐ No          List language and/or dialect: __Portuguese__

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** __05/07/2021__

☑ Already in Federal Custody as of __05/07/2021__ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  9/15/2021          Signature of AUSA:  _/s/ David M. Holcomb_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): ___ 21-cr-10158-MLW _____

**Name of Defendant** ___ Bruno Proencio Abreu _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 13 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ___ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196 _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   I          **Investigating Agency**   FBI

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex          Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
Same Defendant   X          New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   Clovis Kardekis Placido          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name**

**Address**   (City & State)  Citrus Heights, CA

**Birth date (Yr only):** 1983   **SSN (last4#):**          **Sex** M          **Race:** White          **Nationality:** Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/07/2021

☑ Already in Federal Custody as of          05/07/2021   in          .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty          ☐ Misdemeanor          ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021          Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):     21-cr-10158-MLW

**Name of Defendant**    Clovis Kardekis Placido

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 7 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** ___I___            **Investigating Agency** ___FBI___

**City**   __Lynn MA and Saugus MA__          **Related Case Information:**

**County**   __Essex__                Superseding Ind./ Inf. __X__        Case No. __21-cr-10158-MLW__
                                      Same Defendant __X__          New Defendant _____
                                      Magistrate Judge Case Number __21-5202-JGD__
                                      Search Warrant Case Number __See 2nd Page__
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Edvaldo Rocha Cabral__                Juvenile:        ☐ Yes   ☑ No

              Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name   _____

Address   ___(City & State) Malden, MA___

Birth date (Yr only): __1979__   SSN (last4#): _____   Sex __M__      Race: __White__      Nationality: __Brazilian__

**Defense Counsel if known:**   _____        Address   _____

**Bar Number**   _____

**U.S. Attorney Information:**

**AUSA**   __David M. Holcomb__              Bar Number if applicable   __697412__

**Interpreter:**   ☑ Yes   ☐ No        List language and/or dialect:   __Portuguese__

**Victims:**   ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**      ☐ Yes   ☑ No

         ☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**   __05/07/2021__

☑ Already in Federal Custody as of   __05/07/2021__   in   _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on   _____

**Charging Document:**     ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**     ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __9/13/2021__        Signature of AUSA:   _/s/ David M. Holcomb_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant**    Edvaldo Rocha Cabral _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| Place of Offense: | Category No. | I | Investigating Agency | FBI |
|---|---|---|---|---|

**City**  Lynn MA and Saugus MA          **Related Case Information:**

**County**  Essex

Superseding Ind./ Inf.  X ____ Case No.  21-cr-10158-MLW
Same Defendant  X ____ New Defendant ____
Magistrate Judge Case Number  21-5202-JGD
Search Warrant Case Number  See 2nd Page
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name  Flavio Candido da Silva          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name ____

Address  (City & State) Revere, MA

Birth date (Yr only): 1995  SSN (last4#): ____  Sex M  Race: White  Nationality: Brazilian

**Defense Counsel if known:** ____  Address ____

**Bar Number** ____

**U.S. Attorney Information:**

**AUSA**  David M. Holcomb          Bar Number if applicable  697412

**Interpreter:**  ☑ Yes  ☐ No          List language and/or dialect:  Portuguese

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**  05/07/2021

☑ Already in Federal Custody as of  05/07/2021  in ____ .
☐ Already in State Custody at ____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____  on ____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  9/15/2021          Signature of AUSA:  /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant**   Flavio Candido da Silva

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** | FBI |

**City**  Lynn MA and Saugus MA          **Related Case Information:**

**County**  Essex

Superseding Ind./ Inf.  X          Case No.  21-cr-10158-MLW
Same Defendant  X          New Defendant
Magistrate Judge Case Number  21-5202-JGD
Search Warrant Case Number  See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**  Guilherme da Silveira          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name**

**Address**  (City & State)  Revere, MA

Birth date (Yr only): 1992  SSN (last4#):_____  Sex M  Race: White  Nationality: Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**  David M. Holcomb          Bar Number if applicable  697412

**Interpreter:**  ☑ Yes  ☐ No          List language and/or dialect:  Portuguese

**Victims:**  ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**  05/07/2021

☑ Already in Federal Custody as of  05/07/2021  in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  9/15/2021          Signature of AUSA:  /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Guilherme da Silveira _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196 _____

_____

_____

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.**   I          **Investigating Agency**   FBI

**City**   Lynn MA and Saugus MA          **Related Case Information:**

**County**   Essex          Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
Same Defendant   X          New Defendant
Magistrate Judge Case Number   21-5202-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Itallo Felipe Pereira de Sousa Correa          Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address   (City & State)   Daly City, CA

Birth date (Yr only):  1997   SSN (last4#):_____   Sex M   Race:  White   Nationality:  Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb          Bar Number if applicable   694712

**Interpreter:**   ☑ Yes   ☐ No          List language and/or dialect:          Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**          05/12/2021

☑ Already in Federal Custody as of          05/12/2021          in                              .
☐ Already in State Custody at ——————          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021          Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant**   Itallo Felipe Pereira de Sousa Correa

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ___I___          **Investigating Agency** __FBI__

**City** __Lynn MA and Saugus MA__          **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__          Case No. __21-cr-10158-MLW__
Same Defendant __X__          New Defendant _____
Magistrate Judge Case Number __21-5202-JGD__
Search Warrant Case Number __See 2nd Page__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Julio Vieira Braga__          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name _____

Address __(City & State) Daly City, CA__

Birth date (Yr only): __1996__  SSN (last4#): _____  Sex __M__          Race: __White__          Nationality: __Brazilian__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __David M. Holcomb__          Bar Number if applicable __697412__

**Interpreter:**          ☑ Yes  ☐ No          List language and/or dialect:          __Portuguese__

**Victims:**          ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**          ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** __05/12/2021__

☑ Already in Federal Custody as of __05/12/2021__  in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty ____          ☐ Misdemeanor ____          ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __9/15/2021__          Signature of AUSA: __/s/ David M. Holcomb__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):     21-cr-10158-MLW

**Name of Defendant**     Julio Vieira Braga

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2   18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 3 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**     20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**    I          **Investigating Agency**   FBI

**City**    Lynn MA and Saugus MA          **Related Case Information:**

**County**    Essex          Superseding Ind./ Inf.    X          Case No.    21-cr-10158-MLW
Same Defendant    X          New Defendant
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Luiz Narciso Alves Neto          Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address    (City & State)  Revere, MA

Birth date (Yr only): 1985   SSN (last4#):_____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    David M. Holcomb          Bar Number if applicable    697412

**Interpreter:**    ☑ Yes  ☐ No          List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    9/13/2021          Signature of AUSA:    /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Luiz Narciso Alves Neto _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 10 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ___I___          **Investigating Agency** ___FBI___

**City** __Lynn MA and Saugus MA__          **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __21-cr-10158-MLW__
                             Same Defendant __X__          New Defendant _____
                             Magistrate Judge Case Number __21-5202-JGD__
                             Search Warrant Case Number __See 2nd Page__
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Oliver Felipe Gomes de Oliveira__          Juvenile:   ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address      __(City & State) Shrewsbury, MA__

Birth date (Yr only): __1988__  SSN (last4#): _____  Sex __M__     Race: __White__     Nationality: __Brazilian__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __David M. Holcomb__          Bar Number if applicable __697412__

**Interpreter:**   ☑ Yes   ☐ No          List language and/or dialect: __Portuguese__

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

        ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __9/13/2021__        ⊞        Signature of AUSA:   __/s/ David M. Holcomb__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):          21-cr-10158-MLW

**Name of Defendant**     Oliver Felipe Gomes de Oliveira

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 14 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**     20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.**   I            **Investigating Agency**   FBI

**City**    Lynn MA and Saugus MA         **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf.   X            Case No.   21-cr-10158-MLW
Same Defendant   X            New Defendant
Magistrate Judge Case Number    21-5202-JGD
Search Warrant Case Number    See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   Philipe do Amaral Pereira            Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

**Alias Name**

**Address**    (City & State)  Hercules, CA

Birth date (Yr only): 1984   SSN (last4#):_____   Sex M   Race: White   Nationality: Brazilian

**Defense Counsel if known:**            Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   David M. Holcomb            Bar Number if applicable   697412

**Interpreter:**   ☑ Yes   ☐ No      List language and/or dialect:      Portuguese

**Victims:**   ☑ Yes   ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested         ☐ Regular Process         ☑ In Custody

**Location Status:**

**Arrest Date**    05/14/2021

☑ Already in Federal Custody as of      05/14/2021      in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021         Signature of AUSA:   */s/ David M. Holcomb*

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Philipe do Amaral Pereira _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 12 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196 _____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** FBI |

**City** Lynn MA and Saugus MA          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. X          Case No. 21-cr-10158-MLW
Same Defendant X          New Defendant
Magistrate Judge Case Number 21-5202-JGD
Search Warrant Case Number See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name Priscila Barbosa          Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name

Address (City & State) Saugus, MA

Birth date (Yr only): 1985  SSN (last4#):_____  Sex F  Race: White  Nationality: Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** David M. Holcomb          Bar Number if applicable 697412

**Interpreter:** ☑ Yes ☐ No          List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** 05/07/2021

☑ Already in Federal Custody as of 05/07/2021 in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on

**Charging Document:** ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:** ☐ Petty____ ☐ Misdemeanor____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/13/2021          Signature of AUSA: /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Priscila Barbosa _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** ___I___ | **Investigating Agency** __FBI__ |

**City** __Lynn MA and Saugus MA__          **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__          Case No. __21-cr-10158-MLW__
Same Defendant __X__          New Defendant _____
Magistrate Judge Case Number __21-5202-JGD__
Search Warrant Case Number __See 2nd Page__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Saulo Aguiar Ponciano__          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address ___(City & State)___

Birth date (Yr only): __1988__  SSN (last4#): _____  Sex __M__      Race: __White__      Nationality: __Brazilian__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __David M. Holcomb__          Bar Number if applicable __697412__

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   __Portuguese__

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of          __05/24/2021__          in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____          on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021          Signature of AUSA:   */s/ David M. Holcomb*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Saulo Aguiar Ponciano _____

<b>U.S.C. Citations</b>

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 17 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** _I_      **Investigating Agency** _FBI_

**City**   _Lynn MA and Saugus MA_     **Related Case Information:**

**County**   _Essex_

Superseding Ind./ Inf. _X_    Case No. _21-cr-10158-MLW_
Same Defendant _X_    New Defendant _____
Magistrate Judge Case Number _21-5202-JGD_
Search Warrant Case Number _See 2nd Page_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Thiago de Souza Prado_    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address   (City & State) _Boca Raton, FL_

Birth date (Yr only): _1984_ SSN (last4#): _____ Sex _M_    Race: _White_    Nationality: _Brazilian_

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** _David M. Holcomb_    Bar Number if applicable _697412_

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: _Portuguese_

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _05/12/2021_

☑ Already in Federal Custody as of _05/12/2021_ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _9/13/2021_    Signature of AUSA: _/s/ David M. Holcomb_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Thiago de Souza Prado _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  I          **Investigating Agency**  FBI

**City**  Lynn MA and Saugus MA          **Related Case Information:**

**County**  Essex          Superseding Ind./ Inf.  X          Case No.  21-cr-10158-MLW
          Same Defendant  X          New Defendant
          Magistrate Judge Case Number  21-5202-JGD
          Search Warrant Case Number  See 2nd Page
          R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**  Waldemy Jorge Lima Wanderley Junior          Juvenile:  ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name**

**Address**  (City & State)  Watertown, MA

**Birth date (Yr only):** 1989  **SSN (last4#):**          **Sex** M          **Race:** White          **Nationality:** Brazilian

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**  David M. Holcomb          Bar Number if applicable  697412

**Interpreter:** ☑ Yes   ☐ No          List language and/or dialect:          Portuguese

**Victims:** ☑          ☐ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**          ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of          in          .
☐ Already in State Custody at          Serving Sentence          Awaiting Trial
☐ On Pretrial Release:  Ordered by:          on

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty          ☐ Misdemeanor          ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  9/13/2021          ✠          Signature of AUSA:  /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-cr-10158-MLW _____

**Name of Defendant** _____ Waldemy Jorge Lima Wanderley Junior _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 17 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159,

21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** | FBI |

**City** Lynn MA

**Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X          Case No.   21-cr-10158-MLW
Same Defendant   X          New Defendant
Magistrate Judge Case Number   21-mj-5196-JGD
Search Warrant Case Number   See 2nd Page
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Wemerson Dutra Aguiar          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address   (City & State) Woburn, MA

Birth date (Yr only): 1993   SSN (last4#):_____   Sex M   Race: White   Nationality: Brazil

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** David M. Holcomb          Bar Number if applicable   697412

**Interpreter:**   ☑ Yes  ☐ No          List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   05/05/2021

☑ Already in Federal Custody as of   05/05/2021   in   Chicago, IL   .
☐ Already in State Custody at ————————— ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/13/2021          Signature of AUSA:   /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   21-cr-10158-MLW

**Name of Defendant**   Alessandro Felix Fonseca

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Conspiracy to commit wire fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5085, 20-mj-5086, 20-mj-5087, 20-mj-5088, 20-mj-5367, 21-mj-5159, 21-mj-5160, 21-mj-5161, 21-mj-5200, 21-mj-5196

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013